AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SCOTT A. SOMMERS, )<br>*Plaintiff* )<br>v. )<br>VILLAGE OF BARNESVILLE COUNCIL, )<br>*Defendant* ) | Civil Action No. 2:24-cv-2119 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court grants Defendant's Motions to Dismiss. This action is hereby dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 11/18/2024

CLERK OF COURT

*Theresa J. B[...]*
Signature of Clerk or Deputy